IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff(s)**<br><br>v.<br><br>RINALDO STAPHORST<br>**Defendant(s)** | **CRIMINAL NO.** 05-074(JAG) |

**ORDER**

The deadline for filing objections to the Magistrate-Judge's Report and Recommendation (Docket No. 21) has elapsed. Upon review of the record, the Court adopts the Report and Recommendation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 13th day of October, 2005.

**S/Jay A. Garcia-Gregory**
JAY A. GARCIA-GREGORY
United States District Judge